709 A.2d 886

**Diane MILNE and William J. Milne, as Parents and Natural Guardians of Jeff Milne, a Minor**

**v.**

**Lawrence S. CROSSETT, M.D., Shriners Hospital for crippled children, Philadelphia Unit.**

**Appeal of Lawrence S. CROSSETT.**

Supreme Court of Pennsylvania.

Argued April 29, 1997.

Decided March 30, 1998.

172

## *ORDER*

PER CURIAM.

AND NOW this 30th day of March, 1998, in accordance with this Court's holding in *Morgan v. MacPhail*, 704 A.2d 617 (1997), the Order of the Superior Court dated February 22, 1996 is reversed and this matter is remanded to the trial court for proceedings consistent with that opinion.

NIGRO, J., files a dissenting statement.

NIGRO, Justice, dissenting.

I dissent for the reasons set forth in my dissenting opinion in *Morgan v. MacPhail*, 704 A.2d 617 (1997).